TAYLOR G. SELIM
Nevada Bar No. 12091
**SELIM | WIBICKI**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 329-2002
Fax:    (702) 957-1701
Email: eservice@selimwibicki.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DE-SHAUN JOHNSON, an individual;<br><br>      Plaintiff,<br><br>vs.<br><br>CEDARS BUSINESS SERVICES, LLC, a California Limited Liability Company,<br><br>      Defendant. | CASE NO.:   2:26-CV-01664-CDS-BNW |

## STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT (FIRST REQUEST)

Pursuant to LR IA 6-1, Pro Se Plaintiff De-Shaun Johnson, and Defendant Cedars Business Services, LLC, through its undersigned counsel, hereby stipulate and agree that Defendant Cedars Business Services, LLC shall have twenty (20) days, to and including July 20, 2026, by which to respond to Plaintiff's Complaint.

/ / /

1

Counsel for Defendant Cedars Business Services, LLC, was recently retained and requires additional time to effectively investigate the allegations in the First Amended Complaint and appropriate respond to this Complaint.

DATED this 29th day of June 2026.

DATED this 29th day of June 2026.

**SELIM | WIBICKI**

*/s/ De-Shaun Johnson*
De-Shaun Johnson
1421 N. Jones Blvd, #578
Las Vegas, NV 89108
*Plaintiff*

*/s/ Taylor G. Selim*
Taylor G. Selim, Esq.
Nevada Bar No. 12091
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorney for Defendant*

**ORDER**

Good cause showing, it is SO ORDERED that the deadline for Defendant Cedars Business Services, LLC to file a response to the First Amended Complaint is extended until July 20, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2026

2